UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Meher F. Ali
                          Plaintiff,

v.                                                  Case No.: 1:11−cv−05148
                                                          Honorable Morton Denlow

Carrie Loth, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 12, 2012:

      MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 7/12/2012. For the reasons stated in open court, the complaint is dismissed with prejudice for lack of jurisdiction due to Plaintiff's failure to file a claim with the Equal Employment Opportunity Commission or the Illinois Department of Human Rights within 300 days of the date of alleged discrimination as required by 42 U.S.C. § 2000e−5(e)(1). See, e.g., Smith v. Union Pac. R.R. Co., No. 11−2750, 2012 U.S. App. LEXIS 6856 *4 (7th Cir. 2012) ("Before litigating an unlawful employment practice under the ADA, an employee must file a timely charge of discrimination with the EEOC. See 42 U.S.C. §2000e−5(e)(1), incorporated by 42 U.S.C. ‡; 12117(a). A plaintiff must file a charge within 300 days 'after the alleged unlawful employment practice occurred.' Chaudhry v. Nucor Steel−Indiana, 546 F.3d 832, 836 (7th Cir. 2008)."). Defendant's counter−claims are dismissed without prejudice, as they are claims based on state law. Civil case terminated. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.